<table>
<tr><td><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

District of Delaware

Case number (*if known*): _____    Chapter 11

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | Draw Another Circle, LLC |
|---|---|---|

| 2. | All other names debtor used in the last 8 years |  |
|---|---|---|
| | Include any assumed names, trade names, and *doing business as* names | |

**3. Debtor's federal Employer Identification Number (EIN)**   4 7 – 1 1 4 2 1 0 2

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 603   Sweetland Avenue<br>Number   Street | Number   Street |
| | P.O. Box |
| Hillside   NJ   07205<br>City   State   ZIP Code | City   State   ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Union<br>County | Number   Street |
| | City   State   ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

Debtor  Draw Another Circle, LLC
        _____          Case number (if known)_____
        Name

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

    4   5   2   9

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                       MM / DD / YYYY

        District _____  When _____  Case number _____
                                       MM / DD / YYYY

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.  Debtor  See Attached Schedule 1          Relationship  Affiliate

        District  Delaware                        When  Date Hereof
                                                        MM / DD / YYYY

        Case number, if known _____

| Debtor | Draw Another Circle, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number        Street

_____

_____
City                              State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☑ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor   Draw Another Circle, LLC
         Name                                                Case number (if known)

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☑ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to
$500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   6/13/2016
              MM / DD / YYYY

✗ _____          Joel Weinshanker
Signature of authorized representative of debtor      Printed name

Title  Manager

**18. Signature of attorney**

✗ _____          Date  6/13/2016
Signature of attorney for debtor                    MM / DD / YYYY

Christopher M. Samis
Printed name

Whiteford, Taylor & Preston LLC
Firm name

405        N. King St., Suite 500
Number     Street

Wilmington                           DE        19801
City                                 State     ZIP Code

(302) 353 4144                       csamis@wtplaw.com
Contact phone                        Email address

4909                                 Delaware
Bar number                           State

**SCHEDULE 1**

On the date hereof, each of the affiliated entities listed below, including the debtor in this chapter 11 case (collectively, the "Debtors"), filed a petition with this Court for relief under chapter 11 of the Bankruptcy Code. Contemporaneously with the filing of their petitions, the Debtors filed a motion requesting that the chapter 11 cases of the entities listed below be consolidated for procedural purposes only and jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

| Company | Date Filed | District |
|---|---|---|
| Draw Another Circle, LLC | June 13, 2016 | Delaware |
| Hastings Entertainment, Inc. | June 13, 2016 | Delaware |
| MovieStop, LLC | June 13, 2016 | Delaware |
| SP Images, Inc. | June 13, 2016 | Delaware |
| Hastings Internet, Inc. | June 13, 2016 | Delaware |

**WRITTEN CONSENT IN LIEU OF A MEETING OF
THE SOLE MANAGER OF DRAW ANOTHER CIRCLE, LLC**

The undersigned, being the sole manager of Draw Another Circle, LLC (the "Company"), a Delaware limited liability company, hereby consents to the adoption of the following resolutions and agrees that said resolutions shall have the same effect as if duly adopted at a meeting of the Managers and/or Members duly called and held on the date hereof for the purpose:

WHEREAS, the Company was previously directed to formally engage certain professionals to advise the Company on the restructuring of the Company, including seeking relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), if advisable; and

WHEREAS, the Company was previously directed to conduct a process for the marketing and sale of substantially all or a portion of the assets of the Company and its affiliates; and

WHEREAS, the Company has reviewed the materials presented by its financial, legal, and other advisors and the directors of the Company have engaged in numerous and extensive discussions (including, without limitation, with management and professional advisors) regarding the Company's financial condition, including its liabilities and liquidity position, the strategic alternatives available to it, and the impact of the foregoing on the Company's business and operations; and

WHEREAS, the Company was previously directed to begin preparation for a chapter 11 bankruptcy filing in order to make such a filing in the event a filing is advisable; and

WHEREAS, the Company has determined that it is desirable and in the best interests of the Company and its creditors, employees, and other interested parties that a petition be filed by the Company, seeking relief under the provisions of chapter 11 of the Bankruptcy Code;

NOW, THEREFORE, BE IT

RESOLVED, that each Manager, Chief Executive Officer, Chief Financial Officer, and any other officer or person designated and so authorized to act (each, an "Authorized Person") on behalf of the Company be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to execute and verify the petition under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") at such time or in such other jurisdiction as the Authorized Person executing the petition shall determine; and it is further

RESOLVED, that the law firms of Cooley LLP and Whiteford, Taylor & Preston LLC be, and hereby are, employed as attorneys for the Company under respective evergreen retainers in any such chapter 11 case, subject to the approval of the Bankruptcy Court; and it is further

RESOLVED, that RCS Real Estate Advisors be, and hereby is, employed as lease disposition consultant and business broker for the Company in any such chapter 11 case, subject to the approval of the Bankruptcy Court; and it is further

RESOLVED, that FTI Consulting, Inc. be, and hereby is, employed as financial advisor to assist the Company in the Company's chapter 11 case, subject to the approval of the Bankruptcy Court; and it is further

RESOLVED, that Rust Consulting/Omni Bankruptcy be, and hereby is, employed as claims and noticing agent and administrative agent for the Company under a general retainer in any such chapter 11 case, subject to the approval of the Bankruptcy Court; and it is further

RESOLVED, that in connection with the commencement of any chapter 11 case, the Company hereby (i) approves that certain Senior Secured, Superpriority Debtor-in-Possession Loan and Security Agreement (the "DIP Credit Agreement") by and among Bank of America, N.A., as administrative agent and collateral agent, the Company, the other borrowers and guarantors from time to time party thereto, and the lenders from time to time party thereto, providing for a credit facility of up to $90 million on the closing date of the financing referenced in this paragraph, which will be secured by certain of the assets of the Company and the other borrowers and guarantors thereunder, (ii) consents to the execution, delivery and performance thereof by the Company, and (iii) consents to the amendment, extension, supplementation, or other modifications of any documents, certificates, agreements or other writings related to the DIP Credit Agreement; and it is further

RESOLVED, that the Company, by and through any Authorized Person, is hereby authorized and instructed to make such arrangements and take such actions as it deems necessary or proper for the Company to use cash collateral as a debtor in possession under chapter 11 of the Bankruptcy Code; and it is further

RESOLVED, that any Authorized Person be, and hereby is, authorized, empowered, and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that such Authorized Person deems necessary, proper, or desirable in connection with the Company's chapter 11 case, with a view to the successful prosecution of such case; and it is further

RESOLVED, that any Authorized Person and any employees or agents (including counsel) designated by or directed by any such officers be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file, and/or record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities,

certificates, or other documents, and to take such other actions, as in the judgment of any such officer shall be or become necessary, proper, and desirable to effectuate the successful prosecution of the chapter 11 case; and it is further

RESOLVED, that in connection with the chapter 11 case, each Authorized Person be, and each hereby is, authorized and empowered on behalf of and in the name of the Company, to cause the Company to take such actions and execute such documents as are necessary to effectuate a sale of substantially all of the assets of the Company, in a manner determined by the Authorized Person to represent the best interests of the Company and its creditors; and it is further

RESOLVED, that each Authorized Person be, and each hereby is, authorized and empowered on behalf of and in the name of the Company, to execute such consents of the Company, as such Authorized Person considers necessary, proper or desirable to effectuate these resolutions, such determination to be evidenced by such execution or taking of such action; and it is further

RESOLVED, that any and all past actions heretofore taken by any Authorized Person in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved.

IN WITNESS WHEREOF, the undersigned has executed this Written Consent as of June 10, 2016.

**SOLE MANAGER:**

Joel Weinshanker

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| DRAW ANOTHER CIRCLE, LLC *et al.*,[1] | Case No.: 16- ( _____ ) |
| Debtors. | (Joint Administration Requested) |

## CONSOLIDATED LIST OF CREDITORS WHO HAVE THE
## 30 LARGEST UNSECURED CLAIMS AND ARE NOT INSIDERS

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby certify that the Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders submitted herewith contains the names and addresses of the Debtors' top 30 unsecured creditors. The list has been prepared from the unaudited books and records of the Debtors. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in the Debtors' chapter 11 cases. The list does not include (i) persons that come within the definition of "insider" set forth in 11 U.S.C. § 101(31) or (ii) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims. The information contained herein shall not constitute an admission of liability by, nor is it binding on, the Debtors. Moreover, nothing herein shall affect the Debtors' rights to challenge the amount or characterization of any claim at a later date. The failure to list a claim as contingent, unliquidated or disputed does not constitute a waiver of the Debtors' rights to contest the validity, priority and/or amount of any such claim.

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Draw Another Circle, LLC (2102); Hastings Entertainment, Inc. (6375); MovieStop, LLC (9645); SP Images, Inc. (7773); and Hastings Internet, Inc. (0809). The Debtors' executive headquarters are located at 3601 Plains Boulevard, Amarillo, TX 79102.

**Fill in this information to identify the case:**

Debtor name    Draw Another Circle, LLC

United States Bankruptcy Court for the District of Delaware

Case number (If known):    _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders
                                                                                            12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | UNIVERSAL STUDIOS HOME VIDEO | C/O BANK OF AMERICA<br>ATTN: EDDIE CUNNINGHAM<br>12563 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 | Trade Debt | | | | 3,704,634.20 |
| 2 | FOX HOME ENTERTAINMENT | C/O BANK OF AMERICA<br>ATTN: MIKE DUNN<br>P.O. BOX 402665<br>ATLANTA, GA 30384-2665 | Trade Debt | | | | 3,324,274.14 |
| 3 | SONY PICTURES HOME | ATTN: JOE GUARINO<br>10202 WEST WASHINGTON BLVD<br>CULVER CITY, CA 90232 | Trade Debt | | | | 1,211,703.53 |
| 4 | HARPERCOLLINS PUBLISHERS | ATTN: JOSH MARWELL<br>500 ROSS STREET 154-0455<br>PITTSBURGH, PA 15251-6846 | Trade Debt | | | | 1,061,223.40 |
| 5 | INCOMM INC. | ATTN: JOSHUA KOSUB<br>P.O. BOX 935356<br>ATLANTA, GA 31193-5359 | Trade Debt | | | | 1,026,005.22 |
| 6 | ALLIANCE ENTERTAINMENT COR. (MUSIC) | ATTN: JEFF WALKER<br>P.O. BOX 451239<br>FORT LAUDERDALE, FL 33345 | Trade Debt | | | | 840,913.74 |
| 7 | ACD DISTRIBUTION LLC | ATTN: BOB MAHER<br>3129 DEMING WAY<br>MIDDLETON, WI 53562 | Trade Debt | | | | 836,981.11 |
| 8 | SONY INTERACTIVE ENTERTAINMENT AMERICA LLC | ATTN: ANDREW SHUSTER<br>2207 BRIDGEPOINTE PKWY<br>SAN MATEO, CA 94404 | Trade Debt | | | | 751,362.48 |

| Debtor | Draw Another Circle, LLC | | Case number (if known) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | SIMON & SCHUSTER | ATTN: MICHAEL SELLECK 1230 AVE OF THE AMERICAS NEW YORK, NY 10020 | Trade Debt | | | | 726,569.68 |
| 10 | DPI | ATTN: BILL FETTER 900 N. 23RD STREET ST. LOUIS, MO 63106 | Trade Debt | | | | 500,491.90 |
| 11 | BIOWORLD | ATTN: RAJ MALIK P.O. BOX 674048 DALLAS, TX 75267-4048 | Trade Debt | | | | 488,939.80 |
| 12 | SONY MUSIC | ATTN: BOB GARBARINI 1 SONY DRIVE PARK RIDGE, NJ 07656 | Trade Debt | | | | 454,887.87 |
| 13 | MPS / VHPS | ATTN: ALISON LAZARUS P O BOX 930668 ATLANTA, GA 31193-0668 | Trade Debt | | | | 452,687.34 |
| 14 | PERSEUS DISTRIBUTION PERSEUS DISTRIBUTION INC. | ATTN: SABRINA MCCARTHY 15636 COLLECTIONS CENTER DR CHICAGO, IL 60693 | Trade Debt | | | | 427,585.33 |
| 15 | INGRAM BOOK COMPANY | ATTN: SHAWN MORIN PO BOX 502779 ST LOUIS, MO 63150-2779 | Trade Debt | | | | 371,760.45 |
| 16 | HASBRO INC. | ATTN: STACEY WALLINGFORD P.O. BOX 281480 ATLANTA, GA 30384-1480 | Trade Debt | | | | 347,420.80 |
| 17 | SCHOLASTIC INC. | ATTN: ELLIE BERGER P.O. BOX 416851 BOSTON, MA 02241-6851 | Trade Debt | | | | 320,743.82 |
| 18 | BETHESDA SOFTWORKS LLC | ATTN: VLATKO ANDONOV 1370 PICCARD DRIVE SUITE 120 ROCKVILLE, MD 20850 | Trade Debt | | | | 297,499.25 |
| 19 | SKULLCANDY | ATTN: THOMAS WUCHER P.O. BOX 204619 DALLAS, TX 75320-4619 | Trade Debt | | | | 273,949.06 |
| 20 | FENDER MUSICAL INSTRUMENTS | ATTN: PHILLIP SHORT P.O. BOX 52567 PHOENIX, AZ 85072-2567 | Trade Debt | | | | 270,982.71 |

Debtor    Draw Another Circle, LLC
Name

Case number (*if known*)

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 21 | FOX VIDEO REVENUE SHARING | C/O BANK OF AMERICA P.O. BOX 402665 ATLANTA, GA 30384-2665 | Trade Debt | | | | 262,356.27 |
| 22 | ULTRA PRO INTERNATIONAL | P.O. BOX 101474 PASADENA, CA 91189-1474 | Trade Debt | | | | 259,683.43 |
| 23 | LIFEWORKS TECHNOLOGY GROUP | ATTN: EDDIE MIZRAHI 1412 BROADWAY 3 RD FL NEW YORK, NY 10018 | Trade Debt | | | | 257,286.30 |
| 24 | RED DISTRIBUTION | ATTN: BOB MORELLI LOCKBOX 26966 26966 NETWORK PLACE CHICAGO, IL 60673-1269 | Trade Debt | | | | 248,070.19 |
| 25 | BOOKS FOR LESS / DS COMPUTER | ATTN: MICHAEL SCHMULEY P.O. BOX 344 NEW YORK, NY 10116 | Trade Debt | | | | 243,070.19 |
| 26 | LEGO SYSTEMS INC. | ATTN: SKIP KODAK P.O. BOX 415898 BOSTON, MA 02241-5898 | Trade Debt | | | | 236,194.77 |
| 27 | DILLANOS COFFEE ROASTERS INC. | ATTN: DAVID MORRIS 1607 45TH ST EAST SUMNER, WA 98390 | Trade Debt | | | | 220,976.95 |
| 28 | E1 ENTERTAINMENT DISTRIBUTION / KOCH | P.O. BOX 5962 NEW YORK, NY 10087-5962 | Trade Debt | | | | 211,941.00 |
| 29 | PSI PUBLISHERS SERVICES INC. | ATTN: MIKE KRAUSE 2800 VISTA RIDGE DR SUWANEE, GA 30024 | Trade Debt | | | | 208,521.52 |
| 30 | UNITED PARCEL SERVICE | LOCKBOX 577 CAROL STREAM, IL 60132-0577 | Trade Debt | | | | 204,983.04 |

**Fill in this information to identify the case and this filing:**

Debtor Name  Draw Another Circle, LLC

United States Bankruptcy Court for the District of Delaware

Case number (if known): _____

# Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐  *Schedule H: Codebtors* (Official Form 206H)

☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended *Schedule* ____

☑  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6/13/2016              _____
                 MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                                   Joel Weinshanker
                                                   Printed name

                                                   Manager
                                                   Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| DRAW ANOTHER CIRCLE, LLC | Case No.: 16- ( _____ ) |
| Debtor. | (Joint Administration Requested) |

**STATEMENT OF CORPORATE OWNERSHIP**

       Pursuant to Rules 1007(a)(1) and 7007.1 of the Fed. R. Bankr. P., Draw Another Circle, LLC ("DAC"), on behalf of itself and its affiliated debtors in the above-captioned cases (collectively, the "Debtors"), respectfully represents as follows:

    1.    DAC is the corporate parent of each of the other Debtors in these chapter 11 cases and directly or indirectly owns 100% interest in all of the Debtors.[1]

    2.    DAC's equity securities are privately held.  There are no corporate entities that own 10% or more of the issued and outstanding common stock of DAC.

---

[1] A corporate organizational chart depicting the ownership structure of the Debtors is attached as Exhibit A to the *Declaration of Duane A. Huesers in Support of First Day Motions,* filed concurrently herewith.

**Fill in this information to identify the case and this filing:**

Debtor Name  Draw Another Circle, LLC

United States Bankruptcy Court for the District of Delaware

Case number (if known): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, and any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☑ Other document that requires a declaration  Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  6/13/2016          _____
          MM / DD / YYYY            Signature of individual signing on behalf of debtor

                          Joel Weinshanker
                          Printed name

                          Manager
                          Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| DRAW ANOTHER CIRCLE, LLC | Case No.: 16- ( _____ ) |
| Debtor. | (Joint Administration Requested) |

## LIST OF EQUITY SECURITY HOLDERS

        Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, the following is a list of entities holding an interest in the above-captioned debtor.

| Name | Mailing Address | Number of Equity Securities |
|---|---|---|
| Joel Weinshanker | 603 Sweetland Avenue Hillside, NJ 07205 | 50,000 |

Fill in this information to identify the case and this filing:

Debtor Name    Draw Another Circle, LLC

United States Bankruptcy Court for the District of Delaware

Case number (If known): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration    List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    6/13/2016                  ✗ _____
               MM / DD / YYYY                 Signature of individual signing on behalf of debtor

                                          Joel Weinshanker
                                          Printed name

                                          Manager
                                          Position or relationship to debtor