## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re

DRAW ANOTHER CIRCLE, LLC, *et al.*,[1]

Debtors.

Chapter 11

Case No.: 16-11452 (KJC)

(Joint Administration Requested)

## NOTICE OF FILING OF CREDITOR MATRIX

PLEASE TAKE NOTICE that the above-captioned debtors and debtors in possession have today filed the *Creditor Matrix* attached hereto as <u>Exhibit 1</u> with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington Delaware 19801.

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Draw Another Circle, LLC (2102); Hastings Entertainment, Inc. (6375); MovieStop, LLC (9645); SP Images, Inc. (7773); and Hastings Internet, Inc. (0809).  The Debtors' executive headquarters are located at 3601 Plains Boulevard, Amarillo, TX 79102.

Dated: June 13, 2016
      Wilmington, Delaware

Respectfully submitted,

*/s/  Christopher M. Samis*
Christopher M. Samis (No. 4909)
L. Katherine Good (No. 5101)
Chantelle D. McClamb (No. 5978)
WHITEFORD, TAYLOR & PRESTON LLC
The Renaissance Centre, Suite 500
405 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 353-4144
Email:    csamis@wtplaw.com
        kgood@wtplaw.com
        cmcclamb@wtplaw.com

- and –

Cathy Hershcopf, Esq.
Michael Klein, Esq.
Robert Winning, Esq.
COOLEY LLP
1114 Avenue of the Americas
New York, New York 01136
Telephone:  (212) 479-6000
Email:    chershcopf@cooley.com
        mklein@cooley.com
        rwinning@cooley.com

*Proposed Counsel for the Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 11 |
| DRAW ANOTHER CIRCLE, LLC, *et al.*,[1] | Case No.: 16-11452 (KJC) |
| Debtors. | (Joint Administration Requested) |

## DECLARATION CONCERNING CONSOLIDATED MASTER CREDITOR LIST

I, Paul H. Deutch, Executive Managing Director of Rust Consulting/Omni Bankruptcy ("Rust/Omni"), an administrative services firm that provides bankruptcy administration services to Draw Another Circle, LLC and its affiliated debtors and debtors in possession (collectively, the "Debtors"), declare under penalty of perjury that as best could be ascertained after diligent inquiry, the master creditors list (the "Master Creditors List") filed contemporaneously herewith is a full and complete list of all creditors and parties with whom the Debtors conduct business, including their mailing addresses.  The Debtors will update the Master Creditors List as more information becomes available.

The information contained herein is based upon a review of the Debtors' books and records performed by Rust/Omni, with the assistance and under the direction of the Debtors' staff and management.  However, no comprehensive legal or factual investigation with regard to possible defenses to any claims set forth in this document has been completed.  Therefore, this listing does not and should not be deemed to constitute: (i) a waiver of any defense to any below-listed claim; (ii) an acknowledgement of the allowability of any below-listed claim; or (iii) a

---

[1] The Debtors and the last four digits of their respective federal taxpayer identification numbers are as follows: Draw Another Circle, LLC (2102); Hastings Entertainment, Inc. (6375); MovieStop, LLC (9645); SP Images, Inc. (7773); and Hastings Internet, Inc. (0809).  The Debtors' executive headquarters are located at 3601 Plains Boulevard, Amarillo, TX 79102.

waiver of any other right or legal position of the Debtors.  I declare under penalty of perjury that

the foregoing is true and correct to the best of my knowledge information, and belief.

Dated: June 13, 2016
      New York, New York

                                                  */s/      Paul H. Deutch*
                                                  Paul H. Deutch
                                                  Executive Managing Director
                                                  Rust Consulting/Omni Bankruptcy